DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Meynardie<br><br>Case Below:<br>172 N.C. App. 127 | No. 446P05 | AG's Motion for Temporary Stay | Allowed<br>08/22/05 |
| State v. Morton<br><br>Case Below:<br>173 N.C. App. 448 | No. 536PA05 | 1. AG's Motion for Temporary Stay<br>(COA04-1484)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>10/03/05<br><br>2. Allowed<br>11/03/05<br><br>3. Allowed<br>11/03/05<br><br>4. Denied<br>11/03/05 |
| State v. Murphy<br><br>Case Below:<br>172 N.C. App. 734 | No. 485P05 | AG's Motion for Temporary Stay<br>(COA04-344) | Allowed<br>09/02/05 |
| State v. Nelson<br><br>Case Below:<br>169 N.C. App. 458 | No. 298P05 | Def's PWC to Review the Decision of the<br>COA (COA04-231) | Denied<br>10/06/05 |
| State v. Nobles<br><br>Case Below:<br>Sampson County<br>Superior Court | No. 156A98-3 | 1. Def's Petition for Writ of Supersedeas<br><br>2. Def's Motion for Temporary Stay | 1. Denied<br>11/03/05<br><br>2. Denied<br>11/03/05 |
| State v. Norris<br><br>Case Below:<br>172 N.C. App. 772 | No. 486A05 | 1. AG's NOA (Dissent) (COA04-574)<br><br>2. AG's Motion for Temporary Stay<br><br>3. AG's Petition for Writ of Supersedeas<br><br>4. AG's PDR as to Additional Issues | 1. ——<br><br>2. Allowed<br>09/06/05<br><br>3. Allowed<br>11/03/05<br><br>4. Denied<br>11/03/05 |
| State v. Phillips<br><br>Case Below:<br>171 N.C. App. 622 | No. 459P05 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA04-933)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |
| State v. Prentice<br><br>Case Below:<br>170 N.C. App. 593 | No. 367P05 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA04-764)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR | 1. ——<br><br>2. Allowed<br>10/06/05<br><br>3. Denied<br>10/06/05 |